Marmon-Chicago Company, appellee, v. Estate of Rose Mastrofsky, deceased. Samuel Mastrofsky, executor, appellant. Gen. No. 29,768.

Claim against decedent's estate for balance due on purchase price of automobile. Judgment for claimant. Appeal from the Circuit Court of Cook county; the Hon. John A. Swanson, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 28, 1925.

Frank H. Lennards, for appellant. Edward I. Rothbart, for appellee; Seymour M. Lewis, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

Robert C. Graham, appellant, v. Chicago Trust Company, appellee. Gen. No. 29,777.

Replevin to recover possession of certain bonds. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John J. Lupe, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Judgment reversed and judgment here. Opinion filed October 28, 1925.

Hill & Pedderson, for appellant; Frank C. Hill, of counsel. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Edwin A. Casey, appellee, v. City of Chicago, appellant. Gen. No. 29,792.

Action to recover deposit paid under ordinance for vacation of certain streets and alleys. Judgment for plaintiff. Appeal from the Superior Court of Coook county; the Hon. Joseph B. David, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 28, 1925. Certiorari denied by Supreme Court. Rehearing denied (making opinion final).

Francis X. Busch, Corporation Counsel, and F. T. Huening, Assistant Corporation Counsel, for appellant; Cora B. Hirtzel, Assistant Corporation Counsel, of counsel. Samuel M. Booth, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Otto R. Barnett and Percival Truman, trading as Barnett & Truman, appellants, v. Velvatone Talking Machine Company and Charles H. Bartholomee, appellees. Gen. No. 29,805.

Action to recover for legal services and moneys advanced. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed October 28, 1925.

Edward L. England, for appellants; Wendell McHenry, of counsel. Slottow & Leviton, for appellees; Charles Leviton, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.